IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN GARCIA-HERNANDEZ<br>Plaintiff<br><br>vs<br><br>GC SERVICES LIMITED PARTNERSHIP COLLECTION AGENCY DIVISION; VERONICA ROMERO; JOHN DOE; JOSEPH LOE; RICHARD ROE; INSURANCE COMPANIES X,Y,Z<br>Defendants | CIVIL 12-1833CCC |

## JUDGMENT

Having considered the Voluntary Dismissal filed by plaintiff on February 4, 2015 (**docket entry 53**), the same is GRANTED. Accordingly, it is ORDERED and ADJUDGED that this action be and is hereby DISMISSED, with prejudice, and without the imposition of costs or attorney's fees.

The pretrial/settlement conference scheduled for April 23, 2015 and jury trial scheduled for July 28, 2015 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 20, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge